# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**Anthony Tackett,**

    Plaintiff,

v.

**Kilolo Kijakazi,
Acting Commissioner of the Social
Security Administration**

    Defendant.

Civil Action No. 7:20-90-KKC

**JUDGMENT**

\*\* \*\* \*\* \*\* \*\*

The Court, having affirmed the decision of the Commissioner, hereby **ORDERS** and **ADJUDGES** as follows:

(1)      The plaintiff's motion for summary judgment (DE 16) is **DENIED**;

(2)      The defendant's motion for summary judgment (DE 18) is **GRANTED**;

(3)      The decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards; and

(4)      This judgment is **FINAL** and **APPEALABLE**.

Dated November 12, 2021.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY